## JAYNES v. STATE.

(Court of Criminal Appeals of Texas. April 23, 1913.)

CRIMINAL LAW (§ 1090*)—APPEAL—NECESSITY OF BILL OF EXCEPTIONS.

Where the record contains no statement of facts or bills of exceptions, no question raised in the motion for a new trial is reviewable.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes

Appeal from District Court, Angelina County; L. C. Guinn, Special Judge.

H. C. Jaynes was convicted of a violation of the local option law, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. This is an appeal prosecuted from a conviction for violating the local option law. As the record contains no bills of exception, and no statement of facts accompanies it, there is no question raised in the motion for a new trial we can review.

The judgment is affirmed.